■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE VELEZ, Petitioner, v ROBERT J. HENDERSON, as Superintendent of Auburn Correctional Facility, Respondent. — Application for writ of habeas corpus denied (CPLR 7002, subd [b], par 2). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.

■ In the Matter of FREDERICK D. MELONE, Petitioner, v STATE OF NEW YORK EDUCATION DEPARTMENT et al., Respondents. — Motion for stay of order of revocation pending determination of review proceeding denied, without costs. The papers fail to demonstrate a substantial likelihood of success as required by subdivision 5 of section 6510 of the Education Law. Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.